UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MAPLEBEAR INC. DBA INSTACART,<br><br>Petitioner,<br><br>v.<br><br>DATAWEAVE INC.,<br><br>Respondent. | Case No.  2:20-mc-00114-RSL<br><br>**JOINT STIPULATION AND ORDER**<br><br>Underlying case: *Maplebear Inc. dba Instacart v. Cornershop Technologies, Inc., Cornershop Technologies LLC, Delivery Technologies US, Inc., and Does 1-10.*, Case No. 2:20-cv-00240-JRG (E.D. Tex.) |

Petitioner Maplebear Inc. dba Instacart ("Instacart") and Respondent DataWeave Inc. ("DataWeave"), through their respective undersigned counsel of record, and pursuant to Local Rules 7(d)(1) and 10(g) hereby jointly move the Court to enter the following briefing schedule for the remaining briefs submitted in connection with Instacart's Motion to Compel Compliance with Subpoena (Dkt. 4) and DataWeave's Motion to Quash Plaintiff's Second Amended Subpoena (Dkt. 1), both of which are noted for consideration on January 8, 2021:

1. Oppositions to each motion shall be due on December 23, 2020.

2. Replies in support of each motion shall be due on January 8, 2021.

**IT IS SO STIPULATED.**

JOINT STIPULATION AND ORDER: Case No. 20-mc-0114-RSL

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

| | | |
|---|---|---|
| 1 | Dated: December 17, 2020 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | By: *s/Paul F. Rugani* |
| 3 | | Paul F. Rugani (WSBA No. 38664)<br>prugani@orrick.com |
| 4 | | 701 Fifth Avenue, Suite 5600<br>Seattle, WA  98104-7097 |
| 5 | | Telephone:  +1 206 839 4300<br>Facsimile:  +1 206 839 4301 |
| 6 | | |
| 7 | | KEKER, VAN NEST & PETERS LLP |
| 8 | | *s/Sharif E. Jacob*<br>*s/Nicholas Goldberg* |
| 9 | | By: *s/Sarah Salomon*<br>Sharif E. Jacob, Lead Attorney |
| 10 | | (*Admitted Pro Hac Vice*)<br>sjacob@keker.com |
| 11 | | Nicholas Goldberg<br>(*Admitted Pro Hac Vice*) |
| 12 | | ngoldberg@keker.com<br>Sarah Salomon |
| 13 | | (*Admitted Pro Hac Vice*)<br>ssalomon@keker.com |
| 14 | | 633 Battery Street |
| 15 | | San Francisco, CA  94111-1809<br>Telephone:  +1 415 391 5400 |
| 16 | | Facsimile:  +1 415 397 7188 |
| 17 | | *Attorneys for Petitioner, Maplebear Inc. dba Instacart* |
| 18 | | |
| 19 | | FOCAL PLLC |
| 20 | | *s/Venkat Balasubramani*<br>By: *s/Barb Rhoads-Weaver* |
| 21 | | Venkat Balasubramani<br>venkat@focallaw.com |
| 22 | | Barb Rhoads-Weaver<br>barb@focallaw.com |
| 23 | | 900 1st Avenue S., Suite 201 |
| 24 | | Seattle, WA  98134<br>Telephone:  +1 206 529 4827 |
| 25 | | *Attorneys for Respondent, DataWeave Inc.* |
| 26 | | |
| 27 | | |
| 28 | | |

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 28th day of December, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

JOINT STIPULATION AND [PROPOSED]
ORDER:  Case No. 20-mc-0114-RSL

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300